# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

**In the Matter of:** }
}  Case No. 07-30579
Zillian S. Brown }
} Chapter 13
}
**Debtor(s)** }

## Motion to Declare Debtors Current and Reinstated on Secured Claim Number 1 of AMC MORTGAGE

Comes now the undersigned attorney of record and hereby moves this Honorable Court to and as grounds for such state as follows:

1. The debtor filed Chapter 13 on April 23, 2007. The Chapter 13 plan was confirmed on June 27, 2007 and the final payment under Debtor(s) confirmed plan is scheduled to be made on March 2010.

2. Upon the timely payment of Debotr(s) final payment, the Debtor moves the Court for an Order Declaring Debtors Current and reinstated on the debt owed to AMC MORTGAGE. Upon the final payment, the Debtors will have substantially complied with the Order Confirming Plan and any Orders Modifying the Plan.

3. Accordingly, the Debtor(s) move the Court to declare the account of AMC MORTGAGE to be current and reinstated, and all arrearages, if any, shall be deemed to be paid in full, and this creditor shall be forever barred pursuant to 11 USC 105(a), 524, and 1328 from seeking to collect any indebtedness stemming from the course of the bankruptcy proceeding, including, but not limited to: late penalties or fees, post petition attorney fees and costs of collection not approved by the Court, and miscalculated interest due to misapplication of payments from the Trustee.

Wherefore, premises considered, the debtor requests

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor:*
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day February 22, 2010.

Chapter 13 Trustee
Bankruptcy Administrator, Teresa Jacobs

AMC MORTGAGE
505 CITY PKWY WESY, STE 100
Orange, CA 92868