UNITED STATES BACKRUPTCY COURT

Middle District of Alabama (Montgomery)

In re:
Debtor(s)
ZILLIAN S. BROWN

Case No.: 07-30579

Chapter: 13

**NOTICE OF PAYMENT CHANGE**

American Home Mortgage Servicing, Inc., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | |
|---|---|
| Change Reason: | ARM |
| Effective Date (first payment): | April 01, 2010 |
| New Interest Rate (if changed): | 9.85% |
| Principal and Interest: | $610.28 |
| Escrow/Optional Insurance/Other: | $106.82 |
| Total New Monthly Payment: | $717.10 |

The RESPA-required notice of this payment change has been previously provided to the debtor(s). Any questions regarding this payment change should be directed to:

American Home Mortgage Servicing, Inc.
1525 S. Beltline Road
Coppell, TX 75019
877 - 304 - 3100

Last 4 Digits of Loan Number: 2438

Date: March 11, 2010

By: /s/ Alicia Fisher
Manager, Bankruptcy
American Home Mortgage Servicing, Inc.

169-AHMSI-10-11032010

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2010, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Zillian S. Brown     3448 Wood Park Drive     Montgomery AL 36116

Debtor's Attorney:

Richard D. Shinbaum     Shinbaum McLeod & Campbell     P.O. Box 201     Montgomery AL 36101

Trustee:

Curtis C. Reding     P. O. Box l73     Montgomery AL 36l0l     334 262-837l

/s/ Bill Taylor

As Authorized Agent for American Home Mortgage Servicing, Inc.

169-AHMSI-10-11032010