# United States Bankruptcy Court
## Middle District of Alabama

In re    Zillian S. Brown                          Case No.    07-30579

Debtor(s)                  Chapter    13

## CERTIFICATE OF SERVICE

I hereby certify that on **March 23, 2010**, a copy of **Motion to Declare Current and Reinstated on Secured Claim** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Deutsche Bank National Trust Company
c/o AMC Mortgage
P.O. Box 631730
Irving Tx. 75063-1730

Citi Residental Lending Inc.
P.O. Box 769
Orange, Ca. 92866-9998

                                                       /s/ Richard D. Shinbaum
                                                       Richard D. Shinbaum
                                                       Shinbaum, McLeod & Campbell, P.C.
                                                       566 South Perry Street
                                                       Post Office Box 201
                                                       Montgomery, AL 36101-0201
                                                       334-269-4440Fax:334-263-4096
                                                       rshinbaum@samvpc.com, vmcleod@samvpc.com